O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DE LEON, AN INDIVIDUAL, MARTHA DE LEON, AN INDIVIDUAL,<br><br>            Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA, A DELAWARE CORPORATION, AS SUCCESSOR IN INTEREST FOR COUNTRYWIDE HOME LOANS, INC., et al.,<br><br>            Defendants. | Case No. EDCV 12-01121 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed August 8, 2012, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: May 2, 2013

_____
VIRGINIA A. PHILLIPS
United States District Judge